Rev 1/07

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

*Return Copy*

**FILED**
APR - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date: 04/01/08

Address of Other Court: USDC District of Maryland
Criminal Division
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD 21201

RE: CR 08-206-M-01, *USA v. McGill*

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotters filed on 03/25/08 & 3/31/08 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

Mary C Boyle
USDC - Dist of md.
rec'd. 4/2/08